JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM BELTRAN-MORENO, ) | Case No. CV 15-6091-JVS (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| CALVIN JOHNSON, ) | |
| Respondent. ) | |

For the reasons set forth in the order filed this date, it is hereby adjudged and decreed that the Petition is dismissed with prejudice.

DATED: August 31, 2015.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\MJ - Beltran-Moreno v. Johnson - Judgment.wpd